George C. Van Tuyl, Jr., as Superintendent of Banks, etc., v. E. Theodore Haebler, Impleaded.— Motion granted, question certified as stated in order. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

George C. Van Tuyl, Jr., as Superintendent of Banks, etc., v. People's Surety Company, Impleaded.— Motion granted, questions certified as stated in order. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

George C. Van Tuyl, Jr., as Superintendent of Banks, etc., v. Edward N. Jesup, Impleaded.— Motion granted, question certified as stated in order. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Patrick McNulty v. Press Publishing Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

John Savage, as President, v. Henry A. Potter, as Treasurer.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Jeanette K. Hahn v. Conried Metropolitan Opera Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Yellow Taxicab Company v. William J. Gaynor, etc., and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Adeline P. Ehrman, as Executrix, etc., v. Al Basset.—Motion granted, date to be fixed in order. See memorandum per curiam. Order to settled on notice. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Michael Greenberg, an Infant, v. The New York Central and Hudson River Railroad Company.— Motion granted, question certified as stated in order. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

John J. Hopper v. Gustave Boehme.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, .Clarke, Scott and Hotchkiss, JJ.

The Traitel Marble Company v. Brown Brothers, Incorporated.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.